**98–934. State v. Goode.**

Miami App. No. 97CA14. Discretionary appeal allowed on Propositions of Law Nos. I and II only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing

schedule stayed and cause consolidated with 98–960, *supra.*

MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., would also allow all propositions of law.

DOUGLAS, PFEIFER and COOK, JJ., dissent.